## El Pueblo v. Marrero.

Apelación procedente de la Corte de Distrito de San Juan.

No. 274.—Resuelto en febrero 6, 1911.

Juegos Prohibidos—Billetes' de Lotería—Denuncia—Calificación Errónea del Delito Imputado.—En la denuncia presentada en este caso, el denunciante imputa a la acusada el delito de vender billetes de lotería, pero de los hechos expuestos en la misma se deduce que la acusada sólo trató de cometer dicho delito; cómo no hay pliego de excepciones, ni relación de hechos, hay que presumir que la corte conoció del delito envuelto esencialmente en la denuncia y justificado por la prueba, y que estimó culpable a la acusada de una tentativa de vender billetes de lotería, pues la pena impuesta está dentro de los límites que fija el artículo 293 en relación con los 16 y 50, No. 4, del Código Penal.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Pedro González García.*
Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*
El Juez Asociado, Sr Wolf, emitió la opinión del tribunal.
La vista de esta causa tuvo lugar primeramente el día 25 de noviembre de 1910, pero estimando necesaria el tribunal una mayor ilustración sobre la cuestión referente a si el hecho que se imputa en la denuncia está comprendido en los preceptos del artículo 293 del Código Penal, o si los hechos que en dicha denuncia se determinan pudieran considerarse como constitutivos de una tentativa para cometer el referido delito, ordenó la celebración de una nueva vista del caso ante el tri-

bunal en pleno, que tuvo lugar en 30 de enero de 1911. La denuncia es como sigue:

"Yo, Juan Gutiérrez, detective, vecino de San Juan, calle de Cristo número 5, de 35 años, formulo denuncia contra Ramona Marrero por delito de vender billetes de la lotería de Santo Domingo, cometido de la manera siguiente: que en 30 de julio, 1909 y hora 2 y media p. m. y en la calle de San Francisco del Distrito Judicial Municipal de San Juan la mencionada Ramona Marrero, vecina de la calle de Santo Cristo 26, ofrecía en venta a Juan Florit vecino de Puerta de Tierra, dos décimos de billete de la lotería de Santo Domingo del sorteo que se celebrará el 8 de agosto de 1909 por la suma de sesenta centavos. Le fueron ocupados además a la mencionada Marrero tres billetes enteros números 9731, 4638 y 432, un billete entero más, número 3747; además, ocho décimos número 1534 y ocho décimos números 2678, y cuatro décimos números 3746 de los cuales dos eran los que ofrecía al mencionado Florit, siendo testigo Juan Florit, vecino de Puerta de Tierra y Alejandro Esteve, detective."

Se celebró el juicio de esta causa en la Corte Municipal de San Juan, habiéndose establecido apelación a la Corte de Distrito de San Juan, cuya corte dictó sentencia en 29 de noviembre en la siguiente forma:

"Hoy día 29 de noviembre de 1909, y en corte abierta, celebrada la vista de este caso, la corte luego de considerarlo debidamente declara a la acusada culpable del delito que se le imputa y la condena a cien dollars de multa o tres meses de arresto."

Es de notarse que en la primera parte de la denuncia el detective que hizo el arresto imputa a la acusada el delito de haber vendido billetes de lotería. Los hechos, sin embargo, muestran una tentativa para realizar dicha venta. En la vista de la causa ante este tribunal, el abogado de la acusada que también la representó en las cortes municipal y de distrito, admitió que las palabras de la denuncia imputaban una tentativa para cometer el delito, habiendo alegado en la corte inferior que la acusada solamente podía ser declarada culpable de este último delito. Sin embargo, la sentencia se

limita solamente a declarar culpable a la acusada del delito
por el cual se la acusó.   Los hechos referidos muestran una
tentativa y nó otra cosa.   Por consiguiente, la presunción es
que la corte consideró la parte esencial de la denuncia así
como la prueba, y declaró culpable a la acusada de una ten-
tativa.   El castigo está bien comprendido en el límite fijado
por la ley, siendo menos de la mitad del máximum de la pena
señalada en el artículo 293 del Código Penal en relación con
los artículos 16 y 50, sección 4 del propio Código.

No existe pliego de excepciones o relación de hechos, y
estamos por lo tanto obligados a declarar que no hay nada en
los autos que muestre que la corte no se ajustó a la ley y a
los hechos, debiendo confirmarse la sentencia.   Esta, sin em-
bargo, debe modificarse a fin de que la pena subsidiaria se
ajuste a la ley.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández, y Aso-
MacLeary, del Toro y Aldrey.